No. 83–1569.   MITSUBISHI MOTORS CORP. *v.* SOLER CHRYSLER-PLYMOUTH, INC.; and

No. 83–1733.   SOLER CHRYSLER-PLYMOUTH, INC. *v.* MITSUBISHI MOTORS CORP.   C. A. 1st Cir.   [Certiorari granted, *ante*, p. 916.] Motion of American Arbitration Association for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–231.   HOOPER ET AL. *v.* BERNALILLO COUNTY ASSESSOR.   Ct. App. N. M.   [Probable jurisdiction noted, *ante*, p. 878.] Motion of American Legion et al. for leave to file a brief as *amici curiae* granted.

No. 84–325.   METROPOLITAN LIFE INSURANCE CO. *v.* MASSACHUSETTS; and

No. 84–356.   TRAVELERS INSURANCE CO. *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass.   [Probable jurisdiction noted, *ante*, p. 929.] Motion of American Chiropractic Association for leave to participate in oral argument as *amicus curiae* in No. 84–325, for divided argument, and for additional time for oral argument denied. Motion of appellants for divided argument granted.

No. 84–468.   CITY OF CLEBURNE, TEXAS, ET AL. *v.* CLEBURNE LIVING CENTER, INC., ET AL.   C. A. 5th Cir.   [Certiorari granted, *ante*, p. 1016.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.   Motion of Federation of Greater Baton Rouge Civic Associations Inc. for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.

No. 84–761.   DATA GENERAL CORP. *v.* DIGIDYNE CORP. ET AL. C. A. 9th Cir.   Motions of Control Data Corp., Mercedes-Benz of North America, and Computer Automation, Inc., et al. for leave to file briefs as *amici curiae* granted.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.